# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISIDORO LANDAVERDE <br><br> Defendant. | **8:19CR48** <br><br> **ORDER** |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [21]. Counsel is seeking additional time to negotiate a resolution to this case without trial. Accordingly.

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [21] is granted as follows:

1. The jury trial now set for April 23, 2019, is continued to **June 11, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 11, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of April 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge